PER CURIAM.
Affirmed. Kossick v. United Fruit Co., 365 U.S. 731, 81 S.Ct. 886, 6 L.Ed.2d 56 (1961); Katz v. Ghodsi, 682 So.2d 586 (Fla. 3d DCA 1996) rev. denied, 690 So.2d 1299 (Fla.1997); Forman v. Wallshein, 671 So.2d 872 (Fla. 3d DCA 1996); Owens Corning Fiberglas Corp. v. Morse, 653 So.2d 409 (Fla. 3d DCA), rev. denied, 662 So.2d 932 (Fla.1995); Gold, Vann & White, P.A. v. DeBerry, 639 So.2d 47 (Fla.4th DCA 1994); Miller v. Affleck, 632 So.2d 79 (Fla. 1st DCA 1993); Zenchak v. Kaeufer, 612 So.2d 725 (Fla. 4th DCA 1993); Singer v. Borbua, 497 So.2d 279 (Fla. 3d DCA 1986); Cuozzo v. Ronan & Kunzl, Inc., 453 So.2d 902 (Fla. 4th DCA 1984); Mt. Sinai Hosp. of Greater Miami v. Steiner, 426 So.2d 1154 (Fla. 3d DCA 1983); Detroit Marine Eng’g, Inc. v. Malory, 419 So.2d 687 (Fla. 1st DCA 1982); Sears v. Rutishauser, 102 Ill.2d 402, 80 Ill.Dec. 758, 466 N.E.2d 210 (1984); compare Ridarsick v. Amirkanian, 147 So.2d 580 (Fla. 3d DCA 1962).